**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**LIJ ROYAL,**

                           **Plaintiff,**

           -against-

**UNITED STATES OF AMERICA, et al.,**

                     **Defendants.**

-------------------------------------------------------------------X

                        **25-CV-7720 (VSB) (VF)**

                        **<u>INITIAL CASE</u>**
                   **<u>MANANGEMENT PLAN</u>**
                           **<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **<u>Friday, March 20, 2026</u>**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **<u>Friday, March 20, 2026</u>**.

The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:    New York, New York
           March 2, 2026

VALERIE FIGUEREDO
United States Magistrate Judge