UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                        :

LIJ ROYAL,                          :

                      Plaintiff,    :                            25-CV-7720 (VSB)

                 -against-      :

                                          :                            **ORDER**

UNITED STATES POSTAL SERVICE, *et al.*,  :

                                      :

                    Defendants.   :

                                          :
--------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On May 6, 2026, I issued an order requesting that the parties inform me within two weeks of the date of the order whether or not the parties consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  (Doc. 23.)  The parties have not submitted any information in response to this order.  Accordingly, I *sua sponte* extend the response deadline to June 15, 2026.  If both parties consent to proceed before the Magistrate Judge, counsel for the defendant must, **by June 15, 2026**, file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-usmagistrate-judge.  The executed form should be filed on ECF as a "Proposed Consent to Jurisdiction by US Magistrate Judge," and be described using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me.  Any appeal would be taken directly to the United States.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge at this time, the parties must file a joint letter **by June 15, 2026**, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not

consent.  The parties are free to withhold consent without negative consequences.  Moreover, the

parties are also free to later resume discussions and consent to the jurisdiction of the assigned

Magistrate Judge if they desire.

SO ORDERED.

Dated:        June 1, 2026
              New York, New York

Vernon S. Broderick
United States District Judge