**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**LIJ ROYAL,**

**Plaintiff,**

**-against-**

**UNITED STATES OF AMERICA, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**25-CV-7720 (VF)**

**INITIAL CASE MANANGEMENT PLAN ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Monday, August 24, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Monday, August 24, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 24, 2026

VALERIE FIGUEREDO
United States Magistrate Judge